IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWRENCE J. RUDOLPH, ) | Case No. 4:10-cv-03248 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORP. (AMTRAK), ) | JOINT STIPULATION |
| ) | |
| Defendant. ) | |

The parties hereto hereby stipulate that this matter may be dismissed with prejudice based upon an out-of-court settlement. Each party is responsible for its own costs and fees, complete record waived.

LAWRENCE J. RUDOLPH, Plaintiff

_____
JAMES C. ZALEWSKI
DEMARS, GORDON, OLSON, ZALEWSKI,
WYNNER & TOLLEFSEN
134 South 13th St., Suite 800
Lincoln, NE 68508
Phone: 402/438-2500

Dated: 4-26, 2011

NATIONAL RAILROAD PASSENGER
CORP. (AMTRAK), Defendant

_____
CHAD RICHTER
JACKSON LEWIS FIRM
10050 Regency Circle
Omaha, NE 68114
Phone: 402/391-1991

Dated: 4/27/11, 2011