IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE J. RUDOLPH, | ) | 4:10CV3248 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORP. (AMTRAK), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation (filing 12) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

April 29, 2011.                                            BY THE COURT:

*Richard G. Kopf*
United States District Judge